# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS

219 S. Dearborn Street

Chicago, Illinois 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

| | |
|---|---|
| Date | May 28, 2013 |

Thomas G. Bruton, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, Illinois 60604

| | |
|---|---|
| **Bankruptcy** Case Number | 11 B 47270 |
| Case Name | Jualynn Kirkel |
| Notice of Appeal Filed | April 16, 2013 |
| Appellant | Jualynn Kirkel |
| District Court Number | |
| District Court Judge | |

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

- [✓] Notice of Appeal/Designation and Statement of Issues
- [✓] Civil Cover Sheet
- [✓] Transmittal Letter
- [✓] Record of Appeal with Docket Sheet
- [✓] Exhibits
- [ ] In Forma Pauperis

Additional Items Included

- [✓] Transcripts

[ ] Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

[ ]

Previous D C Judge _____   Case Number _____

By Deputy Clerk /s/ Carel Dell Weston 7485

Rev 01/2012lh