# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13-cv-03921 | **DATE** | 6/20/13 |
| **CASE TITLE** | Kirkel v. Ameriks | | |

**DOCKET ENTRY TEXT:**

Initial status hearing set August 21, 2013, at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|